IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                                                                                   No. CV 13-0606 LH/LAM
                                                                                      CR 11-0290 LH

**LEOPOLDO CASTANEDA,**

    **Defendant/Movant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 12)*, filed on March 5, 2014. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 12)*, deny Mr. Castaneda's § 2255 Motion, and dismiss this case with prejudice.

**IT IS THEREFORE ORDERED**, for the reasons stated above, that the *Proposed Findings and Recommended Disposition (Doc. 12)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**